# ORLEANS PARISH CRIMINAL DISTRICT COURT
# STATE OF LOUISIANA

FILED: _____

IN RE: Reginald Adams

Case No. 278-951

Division "I"

Honorable Karen K. Herman, Judge
Presiding

_____
MINUTE CLERK

## CONSENT JUDGMENT

COMES NOW, Reginald Adams, by undersigned counsel, and the State of Louisiana, by Colin Clark, Assistant Attorney General, who hereby consent to the following facts and judgment:

Petitioner Reginald Adams is factually innocent for the crime for which he was convicted and incarcerated, and he did not commit any crime based upon the same set of facts used in his original conviction. Mr. Adams is therefore entitled to compensation under La. R.S. 15:572.8, at a rate of $25,000 per year. Mr. Adams was confined for more than ten years. Louisiana Revised Statute 15:572.8(H)(2) caps compensation awards at $250,000 and Mr. Adams is entitled to that full amount. Nothing in this consent judgment prevents Mr. Adams from requesting, at some later date, compensation for loss of life opportunities pursuant to the requirements contained within La. R.S. 15:572.8(H). However, the time periods listed in La. R.S. 15:572.8(H) regarding compensation of loss of life opportunities will begin on the day this order is granted. Therefore:

IT IS HEREBY ORDERED that Mr. Reginald Adams is entitled to compensation pursuant to La. R.S. 15:572.8 and that based upon the term of his wrongful imprisonment that the State's Innocence Compensation Fund shall award him $250,000. This award is to be paid out over ten years at a rate of $25,000 per year. In the future, Mr. Adams may petition this Court for additional funds up to $80,000 to compensate him for his loss of life opportunities pursuant to La. R.S. 15:572.8(H).

Consented to by:

_____
Colin Clark
Assistant Attorney General

Signed, this 16 day of March, 2015.

_____
Honorable Karen K. Herman, Division "I"

_____
Caroline Milne
Counsel for Reginald Adams

Clerk's Office 3-16-2015
A True Copy
_____
Deputy Clerk

*Hon. Arthur A. Morrell*
*Clerk of Criminal District Court*
*Orleans Parish*

by _____