MINUTE ENTRY
KNOWLES, M.J.
JUNE 6, 2017

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**REGINALD ADAMS**                                           **CIVIL ACTION**

**VERSUS**                                                   **NO. 15-1543**

**CITY OF NEW ORLEANS, et al**                               **SECTION "E" (3)**

A Settlement Conference was conducted this date.

Present:    Corwin St. Raymond
            Rebecca Dietz
            Michael Lechliter
            Michael Magner
            Kim Allen

Following discussions among the parties, the above-captioned case has settled. The parties have requested that the settlement terms be kept confidential. Therefore, the settlement was read into the record in open court on June 7, 2017 and **SEALED** at the parties request. The U.S. District Judge's chambers have been notified. Counsel and the parties are thanked for their cooperation in amicably resolving this matter.

                                          */s/ Daniel E. Knowles, III*
                                          **DANIEL E. KNOWLES, III**
                                          **UNITED STATES MAGISTRATE JUDGE**

MJSTAR: 3:30