UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **REGINALD ADAMS,**<br>    **Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-1543** |
| **CITY OF NEW ORLEANS, ET AL.,**<br>    **Defendants** | **SECTION: "E" (3)** |

### ORDER

On June 13, 2017, The Times Picayune, LLC and Capital City Press, LLC filed their Joint Motion to Vacate Order Sealing Settlement[1] and their Joint Motion for Expedited Hearing of their motion to vacate order sealing settlement.[2] On June 28, 2017, the Court issued its Order granting the Joint Motion for Expedited Hearing and ordering the parties to file any opposition to the Joint Motion to Vacate Order Sealing Settlement by Monday, July 10, 2017.[3] As of this date, no oppositions have been filed. Plaintiff, Reginald Adams, filed the only response to the Motion to Vacate Order Sealing Settlement in which he stated that he defers to the Court as to whether the order sealing the settlement should be vacated.[4]

Accordingly;

**IT IS ORDERED** that the Joint Motion to Vacate Order Sealing Settlement[5] filed by the Times Picayune, LLC and Capital City Press, LLC is **GRANTED** without opposition.

---

[1] R. Doc. 251.
[2] R. Doc. 253.
[3] R. Doc. 261.
[4] R. Doc. 260 at 2.
[5] R. Doc. 251.

1

**IT IS FURTHER ORDERED** that the magistrate judge's order sealing the settlement in this matter[6] is **VACATED**.

**IT IS FURTHER ORDERED** that the Consent Judgment[7] be **UNSEALED.**

**New Orleans, Louisiana, this 11th day of July, 2017.**

                                */s/ Susie Morgan*
                          **SUSIE MORGAN**
               **UNITED STATES DISTRICT JUDGE**

---

[6] R. Doc. 247.
[7] R. Doc. 257.